Order entered October 24, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01103-CV

NATIONSBUILDERS INSURANCE SERVICES, INC., Appellant

V.

HOUSTON INTERNATIONAL INSURANCE GROUP, LTD., ET AL., Appellee

On Appeal from the 134th District Court
Dallas County, Texas
Trial Court Cause No. 12-06111

## ORDER

The Court has before it appellant's October 22, 2012 unopposed motion to seal redacted portions of appellant's brief on accelerated appeal of order vacating arbitration award. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to place the unredacted version of appellant's reply brief under seal.

MOLLY FRANCIS
JUSTICE